1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  WONDIYRAD KABEDE,                    No.  2:18-cv-2140 KJM CKD P

12              Plaintiff,

13      v.                               ORDER

14  MICHAEL MARTEL, et al.,

15              Defendants.

16  _____

17          Plaintiff is a state prisoner proceeding pro se and seeking relief pursuant to 42 U.S.C. §

18  1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. §

19  636(b)(1).

20          Plaintiff requests leave to proceed in forma pauperis.  Since plaintiff has submitted a

21  declaration that makes the showing required by 28 U.S.C. § 1915(a), his request will be granted.

22  Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. §§

23  1914(a), 1915(b)(1).  By separate order, the court will direct the appropriate agency to collect the

24  initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court.

25  Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding

26  month's income credited to plaintiff's prison trust account.  These payments will be forwarded by

27  the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account

28  exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

                                        1

The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court notes from the record that plaintiff has submitted a complaint along with supplemental pleadings and exhibits. However, the court does not generally permit supplemental pleadings; Local Rule 220 requires that any pleading be a complete document without reference to any prior pleading. This is because, as a general rule, an amended complaint supersedes the original complaint. See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967).

Good cause appearing, plaintiff's complaint will be dismissed with leave to file an amended complaint. In his amended complaint, plaintiff must include all claims and all supporting factual information without reference to any previously filed documents.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis (ECF No. 2) is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. All fees shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

3. Plaintiff's complaint is dismissed.

4. Plaintiff is granted thirty days from the date of service of this order to file an amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The amended complaint must bear the docket number assigned this case and must be labeled "Amended Complaint." Failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed.

Dated: November 15, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
kabe2140.14